UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTWANN FROST** and **DARNELL SMITH,** | : : : : |
| Plaintiffs, | : : |
| v. | : : |
| **CHRISTOPHER BRIDGES, KANYE WEST, EMI APRIL MUSIC, INC.**, a Connecticut Corporation, **LUDACRIS MUSIC PUBLISHING, INC., YE WORLD MUSIC, UMG RECORDINGS, INC.,** and **JOHN DOE DEFENDANTS 1-100,** | : Misc. No. 06-0360 (ESH) : : : : : : |
| Defendants. | : : |

## ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge Alan Kay for determination of the Motion to Quash Subpoenas filed by Lita Rosario-Davis. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Alan Kay following the case number in the caption.

**SO ORDERED.**

                                              s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

Date:   July 31, 2006

**Copies to:**

**Magistrate Judge Alan Kay**
**United States District Court**
  **for the District of Columbia**
**E. Barrett Prettyman Courthouse**
**Room 1130**
**333 Constitution Avenue, N.W.**
**Washington, DC 20001**