UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
--------------------------------------------------------------x
ANTWANN FROST, DARNELL SMITH     :

     Plaintiffs,                 :

                          :     CASE NO. 1:06MS00360 (ESH)(AK)

            v.                :

CHRISTOPHER BRIDGES, KANYE WEST,     :
EMI APRIL MUSIC PUBLISHING,            :
LUDACRIS MUSIC PUBLISHING, INC., YE   :
WORLD MUSIC, UMG RECORDINGS, INC,    :
and JOHN DOE DEFENDANTS 1-100        :

     Defendants.               :
--------------------------------------------------------------x

## DECLARATION OF JUSTIN N. KATTAN

      I, JUSTIN N. KATTAN, do hereby declare under the penalty of perjury pursuant to 28

U.S.C. §1746 as follows:

      1.     I am associated with the firm Sonnenschein Nath & Rosenthal LLP, counsel for

Defendants Christopher Bridges, Kanye West, Ludacris Music Publishing, Inc. Ye World

Publishing, Inc. (incorrectly sued as "Ye World Music") and EMI April Music Inc. (collectively,

"Defendants") in the matter *Antwann Frost, et al. v. Christopher Bridges, et al.,* Case No. 06

Civ. 0874, pending in the United States District Court for the Southern District of New York

("the SDNY Action"). I submit this declaration in support of Defendants' Opposition to Lita

Rosario-Davis's Motion To Quash.

      2.     I submit this affidavit to transmit to the Court true and correct copies of the

following documents and deposition testimony from the SDNY Action:

           A.     Subpoena *duces tecum* dated June 9, 2006 served on Lita Rosario-Davis;

           B.     Deposition subpoena dated July 26, 2006 served on Lita Rosario-Davis;

C.    Civil Case Management Plan, entered April 28, 2006 in the SDNY Action;

D.    Excerpts of transcript, deposition of Antwann Frost, dated August 3, 2006;

E.    Faxes dated September 2002 from Lita Rosario to Jeff Dixon;

F.    Transfer of Copyright;

G.    Plaintiffs' Responses to Defendants Christopher Bridges, Ludacris Music Publishing, Inc., Kanye West, Ye World Publishing and EMI April Music Inc.'s First Request for Interrogatories, dated June 13, 2006;

H.    Form PA application to the United States Copyright Office for the song "What I'm Look-N 4", dated December 29, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 10, 2006

_____
Justin N. Kattan

- 2 -