# EXHIBIT B

AO 88 (Rev. 1/94) Subpoena in a Civil Case - SDNY WEB 4/99

# Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _District of Columbia_

Antwann Frost, et al.,
Plaintiffs

V.

Christopher Bridges, et al.,
Defendants

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: [1] 06 Civ. 0874
Southern District of New York

TO: Lita Rosario-Davis
1229 15th Street NW
Washington, D.C. 20005

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Sonnenschein Nath & Rosenthal LLP, 1301 K Street NW, Suite 600, Washington DC, 20005 | Aug. 16, 2006; 10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _Kenneth J. Pfaehler_ — Attorney for Defendants | 7/26/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Kenneth Pfaehler, 1301 K St. NW, Suite 600, East Tower, Washington DC, 20005 (202) 408-6400

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.