# EXHIBIT D

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
      -------------------------------x
 4    ANTWANN FROST
      DARNELL SMITH,
 5
                 Plaintiffs,
 6
           vs.                              06 CV 0874
 7
      CHRISTOPHER BRIDGES, KANYE WEST,
 8    EMI APRIL MUSIC, INC. a
      Connecticut Corporation, LUDACRIS
 9    MUSIC PUBLISHING, INC., YE WORLD
      MUSIC, UMG RECORDS, INC., and JOHN
10    DOE DEFENDANTS 1-100,
11
                 Defendants.
12    -------------------------------x
13
14
15
16       VIDEOTAPED DEPOSITION OF ANTWANN FROST
17              New York, New York
18           Wednesday, August 2, 2006
19
20
21
22
23    Reported by:
24    KATHY S. KLEPFER, RPR, RMR, CRR, CLR
25    JOB NO. 8102
```

Page 154

Frost

1
2  (Defendants' Exhibit 7, a document
3  bearing Bates Nos. PO059 through 0062,
4  marked for identification, as of this date.)
5  A.  What does that have to do with Matt?
6  Q.  Do you see the document, sir?
7  A.  Yes.
8  Q.  Do you see that this is a letter dated
9  November 14, 2002, written by Ms. Davis,
10 Ms. Rosario, to Mr. Middleton and Supreme Order
11 Entertainment at 220 Montgomery Street, November
12 14, 2002, copying Kelvin Price, Darnell Smith,
13 Craig Capers and Antwann Frost, professionally
14 known as Untold.
15 A.  Uh-huh.
16 Q.  Do you see this?
17 A.  Yes, but what is --
18 Q.  You ever see this before?
19 A.  I never seen this document before
20 either.  What is this for?
21 Q.  You see the content of the document
22 states, "Please be advised that this letter
23 shall serve as legal notice to Supreme Order
24 Entertainment pursuant to 1(a) of the Agreement
25 dated as of April 30th, 2002, by and between

TSG Reporting - Worldwide     877-702-9580

Page 155

Frost

1
2  Supreme Entertainment, Inc. and Kelvin Price,
3  Darnell Smith, Craig Capers and Antwann Frost,
4  professionally known as Untold (herein the
5  Agreement) that the term of said Agreement is
6  here by terminated."  Do you see that?
7  A.  Hold on.  What do this got to do with
8  Matt?  Why is Matt on here, Matthew Middleton?
9  Q.  Does this document refresh your
10 recollection as to any circumstances under which
11 you were managed or under an agreement to be
12 managed by an entity called Supreme Order
13 Entertainment, Inc.?
14 A.  That's --
15 Q.  The answer is yes or no.
16 A.  Ma'am, I ain't never seen this
17 document in my life, ma'am.
18 Q.  You see that Ms. Rosario sent you a
19 copy of it, though, correct?
20 A.  So who was meant -- who was -- hold
21 on.  What is this document saying is what I'm
22 asking you?
23 Q.  You never saw it before?
24 A.  I ain't never seen this document
25 before.

TSG Reporting - Worldwide     877-702-9580

Page 156

Frost

1
2  Q.  So it doesn't refresh your
3  recollection?
4  A.  No, ma'am.
5      MS. ROSARIO:  I want to go off the
6  record for a second and talk to my client.
7      MS. LEPERA:  No.
8      MS. ROSARIO:  There is no question
9  pending.
10     MS. LEPERA:  I -- I would like to
11 finish my line of questioning.
12     MS. ROSARIO:  Sure.  You can.
13 A.  May I -- am I allowed to ask any
14 questions?
15 Q.  No.
16 A.  No, I'm not?  Okay.
17     (Defendants' Exhibit 8, a document
18 bearing Bates Nos. PO168 through 169, marked
19 for identification, as of this date.)
20 Q.  Okay.  Defendants' 8 is a February
21 28th, 2003 letter from Ms. Rosario to
22 Mr. Middleton, re Untold, the content of which
23 states, in part, "I am in receipt of your letter
24 regarding your representation of Untold.  In
25 this regard, I have orally communicated to

TSG Reporting - Worldwide     877-702-9580

Page 157

Frost

1
2  Nicole George, there is an unpaid balance of
3  fees and expenses owed me by Untold."
4      Do you recall ever seeing this
5  document?
6  A.  I ain't never seen this document
7  either.
8  Q.  Do you understand what this document
9  represents?
10 A.  So is this saying that she was our
11 manager?
12 Q.  I'm just asking you, sir, your
13 understanding, if you have any.
14 A.  I ain't never seen this document
15 before.
16 Q.  To your knowledge, Ms. Rosario never
17 represented you, correct?
18 A.  To my knowledge.  But the thing about
19 it is, my group -- I was in and out, you know
20 what I'm saying?  Producing a lot of places or
21 whatever.  So any decisions that they made or
22 whatever was -- you know what I'm saying?  I
23 would just tell them to go ahead and take a care
24 of a lot of stuff or whatever.  So there's a lot
25 of stuff that I don't really remember,

TSG Reporting - Worldwide     877-702-9580

Page 210

Frost

1
2  A.  After "Stand Up."
3  Q.  Yes, where you were speaking --
4  A.  I'm sure it was --
5  Q.  -- to Jeff Dixon, whether other people
6  were present or not?
7  A.  I remember talking back with Jeff as a
8  group when he came back from Atlanta, Georgia.
9  Q.  Okay. When was this?
10 A.  Where?
11 Q.  When?
12 A.  Oh, I don't -- I don't know when,
13 exactly when that was.
14 Q.  Approximately?
15 A.  You know you're killing me with these
16 dates. I can't even tell you. I can't even --
17 Q.  Was it weeks later? Month later? Two
18 days later?
19 A.  When he came -- he came back after
20 that night, probably a -- probably a week later.
21 Q.  Approximately a week later?
22 A.  Probably. I don't know.
23 Q.  You don't know?
24 A.  I can't remember like when he -- the
25 time when he came back.

TSG Reporting - Worldwide      877-702-9580

Page 211

Frost

1
2  Q.  You don't know?
3  A.  No.
4  Q.  Could be a month, could be a day?
5  A.  I'm just saying I don't -- I can't
6  remember when he came back.
7  Q.  So you had a conversation with him at
8  some subsequent time?
9  A.  Uh-huh.
10 Q.  You don't whether it was him coming
11 back or not coming back, you don't know when it
12 was, right?
13 A.  It was when he came back from Atlanta,
14 Georgia, but I don't know exactly from the time
15 that he left when he came back.
16 Q.  Right. What conversation did you
17 have?
18 A.  The conversation we had was as far as
19 like, you know, what was the next step as far as
20 the group.
21 Q.  Uh-huh.
22 A.  What else did we talk about? We
23 talked furthermore about I guess Luda liking the
24 track or whatever, is he going to rhyme on it.
25 That was about it. As far as that, that's all I

TSG Reporting - Worldwide      877-702-9580

Page 212

Frost

1
2  can remember that we all talked about.
3  Q.  I'm asking you specifically what you
4  talked about, not what you think you talked
5  about, but what you remember --
6  A.  I'm pretty sure --
7  Q.  -- talking about?
8  A.  -- those are things we talked about.
9  Q.  What did you talk about?
10 A.  I just told you.
11 Q.  You said "I guess." I don't want
12 guesses.
13 A.  We talked about as far as the song
14 Ludacris rhyming on it and the preparation of
15 Untold, basically. To narrow it down, that's
16 what we talked about.
17 Q.  Okay. So who said what?
18 A.  What you mean, who said what?
19 Q.  Well, this is a conversation?
20 A.  Yeah, but everybody is saying what
21 they feel.
22 Q.  Well, tell me what you remember being
23 said.
24 A.  Oh, my God. I just remember -- I
25 don't know who started it, but I know we all --

TSG Reporting - Worldwide      877-702-9580

Page 213

Frost

1
2  all went into as far as like it would be hot,
3  you know, if Ludacris jumped on the record and
4  all this and this and that. I remember all of
5  us speaking out as far as like, again, you know,
6  how we should come out basically and stuff like
7  that. That's about it.
8  Q.  Do you recall anything else that he
9  said?
10 A.  I remember Jeff saying Ludacris going
11 to jump on the track, ya'll going to be all
12 right. It's hard because it's just been so long
13 ago, so I'm really trying to think of everything
14 that was said and that's all I can remember at
15 the time.
16 Q.  That's all you can remember?
17 A.  Yeah, at the time.
18 Q.  It's the most you can remember is he
19 said Luda is going to jump on a track, you'll be
20 okay?
21 A.  I mean, yeah.
22 Q.  That's it? That's the full extent of
23 your recollection of a communication?
24 A.  Yes. Three years ago.
25 Q.  He didn't tell you anything more?

TSG Reporting - Worldwide      877-702-9580

### Page 238

```
 1              Frost
 2  heard the material.
 3     Q.  About what?
 4     A.  We sat back there and talked because
 5  he heard the material. You know what I'm
 6  saying?
 7     Q.  Talked about what?
 8     A.  We sat back down and talked because he
 9  heard the material. He was telling us, you know
10  what I'm saying? Ya'll hot. You know what I'm
11  saying? Ya'll going to do big things. I just
12  want ya'll to kill it for the All Star Game. So
13  he introduced us as their group and that was it.
14     Q.  What did you talk about in terms of
15  your music?
16     A.  What did we talk about as far as what?
17     Q.  Your music.
18     A.  Our music?
19     Q.  Yeah.
20     A.  Nothing. I just told you. He just
21  said our music was hot.
22     Q.  That's it?
23     A.  The conversation was like -- we never
24  sat down and had a conversation like we did with
25  Jeff with Ludacris.
      TSG Reporting - Worldwide    877-702-9580
```

### Page 239

```
 1              Frost
 2     Q.  Right. What conversation did you have
 3  with Kanye?
 4     A.  I never had a conversation with Kanye.
 5     Q.  Never?
 6     A.  Never.
 7     Q.  Right. You never met Kanye?
 8     A.  I met Kanye the day of Quad Studio. I
 9  didn't -- I wasn't introduced to him at all.
10  But Mike -- Mike didn't know who Kanye West was.
11  Jeff went to Mike and was like, yeah, we're
12  going to cut Kanye West's hair or whatever. And
13  Mike was like, who's Kanye West? He didn't know
14  who he was. I don't know why, but he didn't
15  know who he was. So he was like, man, he the
16  one that produced for Jay-Z and them or
17  whatever. So Mike was like, oh, and that's when
18  he cut Mike's hair. But I ain't never one on
19  one ever met Kanye ever.
20     Q.  That's when he cut Mike's hair?
21     A.  That's when Mike cut his hair.
22     Q.  His hair. Okay. Yeah, right.
23         So you didn't have any words with
24  Kanye at all?
25     A.  No.
      TSG Reporting - Worldwide    877-702-9580
```

### Page 240

```
 1              Frost
 2     Q.  Not one word?
 3     A.  No. No.
 4     Q.  No. You didn't play him any music?
 5     A.  No, I did not.
 6     Q.  You didn't played Luda any music?
 7     A.  No, ma'am, I did not.
 8     Q.  You didn't give Luda any music?
 9     A.  We gave Butta the music to the CD and
10  everything, and he, in turn, let Luda hear, or
11  however it went down.
12     Q.  Did you hear him play it for him?
13     A.  No, ma'am, I didn't.
14     Q.  You never heard that, correct?
15     A.  No.
16     Q.  So you never saw either Luda or Kanye
17  ever listening to your music, correct?
18     A.  No.
19     Q.  You never played your music for them,
20  correct?
21     A.  No. I never have, no. No.
22     Q.  Nor did Mr. Smith, correct?
23     A.  No.
24     Q.  Mr. Smith wasn't there with you that
25  day?
      TSG Reporting - Worldwide    877-702-9580
```

### Page 241

```
 1              Frost
 2     A.  No, he was not.
 3     Q.  Was any of the other members of
 4  Untold?
 5     A.  Yes. Kelvin had came in late that
 6  night.
 7     Q.  Was he at Quad Studio that day?
 8     A.  Yes, ma'am. Kelvin came in the Quad
 9  Studio that day.
10     Q.  Did Mr. Price ever give Mr. West or
11  Mr. Bridges any of your music?
12     A.  Kelvin Price?
13     Q.  Yes.
14     A.  No. No.
15     Q.  Did Mr. Smith ever give Ludacris or
16  Kanye West any of your music?
17     A.  No.
18     Q.  Did Mr. Silvers --
19     A.  No.
20     Q.  -- ever give Mr. Bridges or
21  Mr. West --
22     A.  Only person that gave --
23     Q.  -- any of your music?
24     A.  Only person did was Jeff and us to
25  Butta, which is --
      TSG Reporting - Worldwide    877-702-9580
```