Case 1:06-mc-00360-ESH    Document 3-8    Filed 08/10/2006    Page 1 of 2

# EXHIBIT F

## TRANSFER OF COPYRIGHT

For good and valuable consideration, receipt whereof is hereby acknowledged, the undersigned hereby transfer to BLACK RAIN RECORDS, INC., PUBLISHER DESIGNEE, fifty (50%) percent of all the right title and interest in and to the copyright and fifty (50%) percent of the rights comprised in the copyright, without limitation, in the controlled musical compositions.

_____
Antwann. H. D. Frost

_____
Darnell Ra'Shaun Smith

_____
Kelvin Jaune Price

_____
Craig Capers