**EXHIBIT G**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
ANTWANN FROST, DARNELL SMITH     :
    :
    Plaintiffs,     :
    :        CASE NO. 06 Civ. 0874 (JSR)
    :
    v.     :
    :
CHRISTOPHER BRIDGES, KANYE WEST,     :
EMI APRIL MUSIC, INC., a Connecticut     :
Corporation, LUDACRIS MUSIC PUBLISHING,     :
INC., YE WORLD MUSIC, UMG     :
RECORDINGS, INC, and JOHN DOE     :
DEFENDANTS 1-100     :
    :
    Defendants.     :
-------------------------------------------------------------x

### PLAINTIFFS' RESPONSES TO DEFENDANTS CHRISTOPHER BRIDGES, LUDACRIS MUSIC PUBLISHING, INC., KANYE WEST, YE WORLD PUBLISHING AND EMI APRIL MUSIC, INC.'S FIRST REQUEST FOR INTERROGATORIES.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Civil Rule 26.3, 33.1 and 33.3 of the Local Rules of the United States District Court for the Southern District of New York, Plaintiffs, Antwann Frost and Darnell Smith ("Plaintiffs"), hereby respond and object to Defendants Christopher Bridges, Ludacris Music Publishing, Inc., Kanye West, Ye World Publishing, and EMI April Music Inc.'s First Set of Interrogatories (the "Interrogatories") on Plaintiffs as follows:

### GENERAL RESPONSE

The following general response is incorporated by reference into each and every response set forth below:

In responding to these Interrogatories, Plaintiffs has made reasonable and good faith efforts to obtain information responsive to the Interrogatories; however, each and every person

who may have relevant information has not been contracted and questioned regarding the information asked for in these Interrogatories. Investigation and discovery are continuing in nature and these responses therefore, are based upon information presently available to and reviewed by Plaintiffs and their attorneys.

Future discovery and independent investigation may supply additional facts or information which may lead to additions to, changes in, and variations from the following responses.  These responses herein are made without prejudice to Plaintiffs' right to produce evidence at the time of trial based upon subsequently discovered facts or information. Plaintiff reserves its rights to supplement any responses herein as additional facts are ascertained.

## GENERAL OBJECTIONS

Plaintiffs object to the Interrogatories to the extent they attempt to discover privileged, private or confidential matters and attorney work product in this action. No such matter has been or will be produced without a court order. To the extent the Interrogatories seek such information, Plaintiffs object to any request therefore.

## SPECIFIC RESPONSES

## INTERROGATORY NO. 1:

Identify all persons with knowledge or information concerning any of the allegations of the Complaint, and the subject of information that plaintiffs believe each person possesses.

## RESPONSE:

1. Antwann Frost
   c/o Simms & Walters, PC
   636 Broadway, Suite 500
   New York, New York 10019

- 2 -

**Subjects**: Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up*" the infringing composition, other allegations contained in the complaint.

2. Darnell Smith
   c/o Simms & Walters, PC
   636 Broadway, Suite 500
   New York, New York  10019

**Subjects**: Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up,*" the infringing composition, other allegations contained in the complaint.

3. Kelvin Price
   2258 Aqueduct Avenue
   Bronx, New York 10453

**Subjects**: Member of Untold, creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up,*" the infringing composition, other allegations contained in the complaint.

4. James Seivers
   2258 Aqueduct Avenue
   Bronx, New York 10453

**Subjects**: Member of Untold Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up,*" the infringing composition, other allegations contained in the complaint.

5. Greg "Big G" employee of Ebony Sun, assistant to Jeff Dixon.
   Ebony Sun Entertainment
   1867 7th Avenue
   New York, New York
   212-665-9634

**Subjects**: Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up,*" the infringing composition, other allegations contained in the complaint.

6. Mike "Vegas" employee of Ebony Sun
   Ebony Sun Entertainment
   1867 7th Avenue
   New York, New York

- 3 -

. 212-665-9634

**Subjects**: Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up*," the infringing composition, other allegations contained in the complaint.

7. "Butta" Security for Christopher Bridges
   (under the control of Christopher Bridges)
   Unknown Address

**Subjects**: Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up*," the infringing composition, other allegations contained in the complaint.

8. Natasha Bouknight -Freelance Songwriter
   1471 Rosser Avenue
   Elmont, New York 11003
   Phone: 516-209-8936

**Subjects**: Creation of "*What I'm Looking 4*," the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up*," the infringing composition, other allegations contained in the complaint.

9. Andrea Reid p/k/a "Crystal Lake"
   Address Unknown
   Phone: 248-393-1700 or 407-252-3560

**Subjects**: Creation of "*What I'm Looking 4*, " the infringed composition; access as to "*What I'm Looking 4*," similarities to "*Stand Up*," the infringing composition, other allegations contained in the complaint.

10. All other witnesses Identified in the Initial Disclosures or discovery responses of the other parties to this action.

## INTERROGATORY NO. 2:

Identify all persons with knowledge or information regarding the group Untold, including but not limited to any performances by Untold, songs written by Untold or recordings made by Untold.

**RESPONSE:**    Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Supreme Order Entertainment, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers.

**INTERROGATORY NO. 3:**

Identify all persons having knowledge or information regarding the alleged manner in which defendant Christopher Bridges ("Bridges") had access to "What I'm Look-N-4," including but not limited to the person or persons whom plaintiffs allege provided Bridges with a copy of "What I'm Look-N-4."

**RESPONSE:**        Jeff Dixon, Shaka Zulu, Greg (Big "G"), Butta, Mike Vegas, Christopher Bridges, Antwann Frost, Darnell Smith, Kelvin Price, James Seivers, Natasha Bouknight.

**INTERROGATORY NO. 4:**

Identify all persons having knowledge or information regarding the alleged manner in which defendant Kanye West ("West") had access to "What I'm Look-N-4," including but not limited to the person or persons whom plaintiffs allege provided West with a copy of "What I'm Look-N-4."

**RESPONSE:**        Jeff Dixon, Shaka Zulu, Greg (Big "G"), Butta, Mike Vegas, Christopher Bridges, Antwann Frost, Darnell Smith, Kelvin Price, James Seivers, Natasha Bouknight.

**INTERROGATORY NO. 5:**

Identify all persons having knowledge or information regarding the alleged manner in which any other defendant in the above-captioned matter had access to "What I'm Look-N-4."

**RESPONSE:**        Jeff Dixon, Shaka Zulu, Greg (Big "G"), Butta, Mike Vegas, Christopher Bridges, Antwann Frost, Darnell Smith, Kelvin Price, James Seivers, Natasha Bouknight.

**INTERROGATORY NO. 6:**

- 5 -

Identify all persons with knowledge regarding the creation of "What I'm Look-N-4," including but not limited to the persons involved in the creation of "What I'm Look-N-4," or present during any portion of the creation of "What I'm Look-N-4."

**RESPONSE:**        Jeff Dixon, Shaka Zulu, Greg (Big "G"), Butta, Mike Vegas, Christopher Bridges, Antwann Frost, Darnell Smith, Kelvin Price, James Seivers, Natasha Bouknight, Unique Studios.

## INTERROGATORY NO. 7:

Identify all persons with knowledge regarding any application filed with the United States Copyright Office concerning "What I'm Look-N-4."

**RESPONSE:**        Antwann Frost, Darnell Smith counsel Lita Rosario, Esq.

## INTERROGATORY NO. 8:

Identify all persons having any right or interest in the composition or recording of "What I'm Look-N-4."

**RESPONSE:**        Antwann Frost, Darnell Smith, and William Curtis

## INTERROGATORY NO. 9:

Identify all persons having knowledge or information relating to the licensing or grant of any right to exploit the composition or recording of "What I'm Look-N-4."

**RESPONSE:**   Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Supreme Order Entertainment, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers.

## INTERROGATORY NO. 10:

Identify all persons having knowledge or information relating to any license or permission requested or granted to any person, entity, or group to make, acquire, play or

- 6 -

reproduce in any manner an audio, visual or audio-visual recording of "What I'm Look-N-4" or any "sample" or portion thereof, in any format.

**RESPONSE:**   Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Supreme Order Entertainment, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers.

**INTERROGATORY NO. 11**:

Identify all persons having knowledge or information relating to the sale, offering for sale, distribution, or other exploitation of any audio, visual, or audio-visual recording of "What I'm Look-N-4," or any "sample" or portion thereof, in any format.

**RESPONSE:**   Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Supreme Order Entertainment, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers.

**INTERROGATORY NO. 12**:

Identify all persons having knowledge or information regarding the airplay (over radio, broadcast or cable television, computer sound transmission, or any other broadcast medium) of any recording of "What I'm Look-N-4," or any "sample" or portion thereof.

**RESPONSE:**   Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Supreme Order Entertainment, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers.

**INTERROGATORY NO. 13**:

Identify all persons having knowledge or information regarding any concert, event, presentation, gathering, performance or session at which "What I'm Look-N-4" was performed, including but not limited to, any persons who assisted or participated in any way in the concert, event, presentation, gathering, performance or session, and any persons who were present at the concert, event, presentation, gathering, performance or session.

- 7 -

**RESPONSE:**   Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Supreme Order Entertainment, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers.

**INTERROGATORY NO. 14:**

Identify all persons having knowledge or information regarding any press releases, media coverage, or other publicity regarding Untold, "What I'm Look-N-4," and/or this lawsuit.

**RESPONSE:**   None.

**INTERROGATORY NO. 15:**

Identify all persons having knowledge or information regarding when and how plaintiffs first learned of defendants' allegedly infringing acts, including the alleged similarities between "What I'm Look-N-4" and "Stand Up."

**RESPONSE:**       Jeff Dixon, Shaka Zulu, Greg (Big "G"), Butta, Mike Vegas, Christopher Bridges, Antwann Frost, Darnell Smith, Kelvin Price, James Seivers, Natasha Bouknight, Andrea Reid.

**INTERROGATORY NO. 16:**

Identify all persons having knowledge of information regarding the alleged relationship between plaintiffs and Ebony Sun Management, including all persons with knowledge of the alleged negotiations in 2003 between plaintiffs and Ebony Sun Management regarding an alleged exclusive management agreement.

**RESPONSE:**       Jeff Dixon, Shaka Zulu, Ebony Sun Mangement, Darnell Smith, Antwann Frost, Kelvin Price, James Seivers, Matt Middleton, Esq., Butta, Mike Vegas, Greg, Andrea Reid.

**INTERROGATORY NO. 17:**

Identify all licenses and/or other agreements requested and/or granted to any person, entity, or group to perform, acquire, play, reproduce, broadcast, distribute or exploit in any manner the composition "What I'm Look-N-4," or any audio, visual or audio-visual recording of "What I'm Look-N-4" or any "sample" or portion thereof.

**RESPONSE:**       All of the infringing acts of Defendants.

## INTERROGATORY NO. 18:

Identify all documents relevant to the allegations of the Complaint. Your answer should include but not be limited to the custodian, location and general description of relevant documents.

**RESPONSE:**

1. Copies of the musical composition "*Stand Up*," the infringing composition;
2. Copies of the credits for "*Stand Up*" and "*Chicken and Beer;*"
3. Copies of the infringed composition "*What I'm Looking 4;*"
4. Copies of the instrumental version of "*What I'm Looking 4;*"
5. Copies of the Management Agreement between Ebony Sun/Chaka Zulu/Jeff Dixon and Christopher Bridges p/k/a Ludacris;
6. Copies of the Management Agreement between Ebony Sun/Chaka Zulu/Jeff Dixon and Untold;
7. Copies of the Agreements between Christopher Bridges/Ludacris Music Publishing and EMI;
8. Copies of the Agreements between Kanye West/Ye World Publishing and EMI;
9. Copies of the Agreements between Christopher Bridges/Disturbing the Peace Entertainment f/s/o Christopher Bridges and The Island Def Jam Music Group, a division of UMG Recordings, Inc.;
10. Telephone records from Christopher Bridges and Kanye West;
11. Telephone records from Chaka Zula and Jeff Dixon;
12. Telephone Records of Ebony Sun Entertainment;
13. Telephone Records of Disturbing The Peace Entertainment;
14. Telephone Records of Butta;
15. Telephone Records of Antwann Frost;
16. Telephone Records of Darnell Smith;
17. Studio Records from Ludacris' Private Studios in Atlanta;
18. Studio Records from Unique Studios in New York for recording session of "Untold."

- 9 -

19. Studio Records from Quad Studios New York;

20. Studio Records of any other studio where "Stand Up was recorded; and

21. All other Documents identified in the Initial Disclosures by the other parties to this action.

## INTERROGATORY NO. 19:

Set forth in detail an itemized summary of any damages you contend you suffered as a result of the facts alleged in the Complaint, including but not limited to: the amount of the damages, a precise description of the manner in which such damages were calculated, and the identity of any person or persons who assisted you in calculating your damages.

**RESPONSE:** Lost profits from the sale and other commercial exploitation of the "Stand Up."

## INTERROGATORY NO. 20:

Identify any and all documents referred to or used in connection with the preparation of your responses to these Interrogatories, and for each such document identified provide:

**RESPONSE:**        All documents referred to or used in connection with the preparation of these responses are in the possession of Lita Rosario, Esq., 1229 15th Street, NW Washington, D.C. and have otherwise been produced in connection with Defendants First Request for Production of Documents, originals of all such documents will be kept at Simms & Walters, PC, 636 Broadway, Suite 500, New York, New York 10012.

## INTERROGATORY NO. 21:

Identify each and every person who assisted in the preparation of the responses to these Interrogatories.

**RESPONSE:**        Antwann Frost, Darnell Smith, Lita Rosario, Esq.

**INTERROGATORY NO. 22**:

Identify all persons involved in the creation of or with knowledge relating to the July 29 "Musical Analysis" prepared by Daniel Eliezer Friedman, which purports to address "musical similarities between the compositions 'Stand Up', as performed by Ludacris and 'Untitled', produced by Antwan Frost."

**RESPONSE:**        Daniel Friedman,  Antwann Frost, William Curtis, and Lita Rosario, Esq.

Dated: June 13, 2006

By: _____

Robert A. Walters, Esq. (RW 4742)
c/o Simms & Walters, PC
636 Broadway, Suite 500
New York, New York  10019

- 11 -

## CERTIFICATE OF SERVICE

I, Robert A. Walters, Esq, hereby certify that on June 13, 2006, caused Lita Rosario, Esq. to serve a true copy of the foregoing by electronic mail and Federal Express, upon:

Justin Kattan, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020


and

Carletta Higginson, Esq.
Jenner & Block
919 Third Avenue
New York, New York 10012

Robert A. Walters, Esq. (RW 4742)
c/o Simms & Walters, PC
636 Broadway, Suite 500
New York, New York  10019