UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------x
ANTWANN FROST, DARNELL SMITH         :
                                     :
    Plaintiffs,                     :
                                     :  CASE NO. 1:06MS00360 (ESH)(AK)
                                     :
    v.                               :
                                     :
CHRISTOPHER BRIDGES, KANYE WEST,     :  **MOTION TO EXPEDITE**
EMI APRIL MUSIC PUBLISHING,          :  **RULING ON MOTION TO**
LUDACRIS MUSIC PUBLISHING, INC., YE  :  **QUASH**
WORLD MUSIC, UMG RECORDINGS, INC,    :
and JOHN DOE DEFENDANTS 1-100        :
                                     :
    Defendants.                      :
---------------------------------------------------------------x

    Defendants Christopher Bridges, Kanye West, Ludacris Music Publishing, Inc. Ye World Publishing, Inc. (incorrectly sued as "Ye World Music") and EMI April Music Inc. (collectively, "Defendants"), by their attorneys, Sonnenschein Nath & Rosenthal LLP, hereby move this Court to resolve Lita Rosario-Davis's Motion To Quash Subpoena on an expedited basis by August 15, 2006.

    Defendants are compelled to take Rosario's deposition on August 16 because, pursuant to the April 28, 2006 case management order entered by Judge Jed S. Rakoff of the Southern District of New York, the parties in the above-captioned matter are subject to an August 18, 2006 discovery cut-off. (*See* Exhibit C to the Declaration of Justin N. Kattan, submitted herewith). Judge Rakoff has denied the parties' request for an extension of the discovery deadline.

    Accordingly, the Defendants respectfully request that the Court resolve Lita Rosario-Davis's Motion To Quash Subpoena on an expedited basis by August 15, 2006.

- 2 -

Dated: August 10, 2006

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____/s/_____
    William E. Copley
    1301 K Street NW,
    Suite 600, East Tower
    Washington, D.C. 20005
    Tel: (202) 408-9217

*Attorneys for Defendants Christopher Bridges, Kanye West, Ludacris Music Publishing, Inc., Ye World Publishing, Inc. (incorrectly sued as "Ye World Music") and EMI April Music Inc.*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2006, I served a copy of the foregoing Motion to Expedite Hearing on Motion to Quash by Federal Express for overnight delivery upon:

>Lita Rosario-Davis, Esq.
>1229 15th Street, NW
>Washington, D.C. 20005
>*Attorney for Plaintiffs*
>
>Andrew Bart, Esq.
>Jenner & Block
>919 Third Avenue
>New York, New York 10022
>*Attorneys for UMG Recordings, Inc.*

>_____/s/_____
>William E. Copley